UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-20736-JLK

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

FW WHEELS, INC., a Florida Profit Corporation and SAHARA PROPERTIES, L.L.C., a Florida Limited Liability Company

    Defendants.
_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, HOWARD MICHAEL CAPLAN, and Defendant, FW WHEELS, INC. (hereafter, "the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs and expenses other than those specified in a Confidential Settlement Agreement, and other than enforcement of said settlement agreement, agree not to file any additional motions in this matter. The Court retains jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement. This stipulation is contingent on the Court retaining jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement. All Parties consent to the form and content of this Stipulation and Order.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, HOWARD MICHAEL CAPLAN

By: *Lourna Rosembert-Joseph*
Lourna Rosembert-Joseph, Esq.
Florida Bar No. 1033471
2940 NW 179th Street
Miami Gardens, FL 33056
Telephone: (305) 785-5246
Email: lournajoseph@gmail.com
Attorney for Defendant, FW WHEELS, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-20736-JLK

HOWARD MICHAEL CAPLAN,

      Plaintiff,

vs.

FW WHEELS, INC., a Florida Profit Corporation and SAHARA PROPERTIES, L.L.C., a Florida Limited Liability Company

      Defendant(s).
_____/

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on April 15, 2022, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: _Ronald E. Stern_
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, HOWARD MICHAEL CAPLAN

## SERVICE LIST:

HOWARD MICHAEL CAPLAN vs. FW WHEELS, INC., a Florida Profit Corporation and SAHARA PROPERTIES, L.L.C., a Florida Limited Liability Company

United States District Court Southern District of Florida

Case No. 1:22-cv-20736-JLK

### FW WHEELS, INC.

Lourna Rosembert-Joseph, Esq.
Florida Bar No. 1033471
2940 NW 179th Street
Miami Gardens, FL 33056
Telephone: (305) 785-5246
Email: LOURNAJOSEPH@GMAIL.COM
Attorney for Defendant

**VIA CM/ECF**


### SAHARA PROPERTIES, L.L.C.

**REGISTERED AGENT:**

HERSKOWITZ, ANDREW L.
3250 GRAND AVE
UNIT 201
MIAMI, FL 33133

**VIA U.S. MAIL**